June 30, 1916.) Judgment and order unanimously affirmed, with costs. See, also, 164 App. Div. 293, 149 N. Y. Supp. 952.

In the matter of proceedings supplementary to execution. GUSTAVE RADER & COMPANY, respondent, v. Salvatore BONIELLO, defendant, and Louis Huethwohl, appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Thomas, Stapleton, Mills, and Putnam, JJ., concur.

William J. B. HAESE, respt., v. INTERNATIONAL RAILWAY CO., applt. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Judgment affirmed with costs. All concur.

George F. A. HAHN, as administrator, etc., of August H. Hahn, deceased, appellant, v. BROOKLYN UNION GAS COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Appeal dismissed, without costs. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

In the Matter of Edwin C. HALL, as Temporary Admr. of Lizzie H. Holme, decd. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Charles B. HALL, Applt., v. Clark WILLIAMS, Respt. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

In the Matter of Albert HALSEY, an attorney. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Matter referred to Hon. Josiah T. Marean, as official referee.

Blanche HAMILTON, respondent, v. BROOKLYN HEIGHTS RAILROAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. November 24, 1915.) Order unanimously affirmed, with costs. No opinion.

Joseph A. HAMLIN, as Commissioner of Public Safety of Utica, N. Y., respt., v. Austin W. BENDER, applt. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Judgment reversed, without costs, and case remitted to the Special Term to make proper decision with findings of fact and conclusions of law as directed by section 1022 of the Code of Civil Procedure. All concur; De Angelis, J., not sitting.

Joseph A. HAMLIN, as Commissioner of Public Safety of Utica, respt., v. Austin W. BENDER, applt. (Supreme Court, Appellate Division, Fourth Department. May 24, 1916.) Judgment affirmed with costs. PER CURIAM. We think no useful purpose will be served by a further discussion here of the questions so fully considered in the opinion below (92 Misc. Rep. 16, 155 N. Y. Supp. 963). The authorities are in conflict and the questions can only be settled by the court of last resort. We agree with the conclusions reached by the trial court and do not concur in the views which prevailed in People v. Hemleb, 127 App. Div. 356, 111 N. Y. Supp. 690. All concur; De Angelis, J., not sitting.

Florence HAMMOND, respt., v. Edward LAVERY, as administrator, etc., impleaded with Lillian B. Lavery, et al., defendant; Lillian B. Lavery, applt. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Judgment unanimously affirmed, with costs.

Herman HANAUER, Respt., v. James N. NORRIS et al., Applts. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Julia L. HANLON, respondent, v. SWIFT & COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Charles G. HANMER and one, respts., v. WELLS FARGO & CO., EXPRESS, applt. (Supreme Court, Appellate Division, Fourth Department. May 17, 1916.) Motion for leave to appeal to Court of Appeals granted.

George HANSMAN and one, respts., v. William HANSMAN and one, applts. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Judgment affirmed with costs. All concur.

Frank G. HANSSEL, respt., v. Johanna JEVINS, applt. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Judgment affirmed with costs. All concur.

In the Matter of Edward D. HARRIS, as Trustee, etc., under the will of Henry Hilton, deceased. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Decree affirmed, with costs. No opinion. Order filed.

Jacob M. HARRIS, Respt., v. The TRIBUNE ASS'N, Applt. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Order reversed, with $10 costs and disbursements to appellant, and motion granted, on payment by appellant of costs of action to date. No opinion. Order filed.

Reginald L. HART v. EQUITABLE LIFE ASSURANCE SOCIETY. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Motion denied, with $10 costs. Order filed.

Thomas R. HART, Applt., v. Joseph A. GOLDEN, impld., etc., Respt. (Supreme Court, Appellate Division, First Department. June 16, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.